## EASTER *v.* DEPARTMENT OF ASSESSMENTS OF BALTIMORE CITY.

No. 584.  Decided January 7, 1963.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## JOHNSON *v.* MISSISSIPPI.

No. 625, Misc.  Decided January 7, 1963.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.